

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Gary Harris, Appellant

No. 06-20-00086-CV        v.

Paris Housing Authority, Appellee

Appeal from the County Court of Lamar County, Texas (Tr. Ct. No. C-11620). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below and reverse and remand the matter to the trial court with instructions to abate the underlying action until sufficient notice is provided and the proper procedures have been followed. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Paris Housing Authority, pay all costs of this appeal.

RENDERED JULY 30, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk